UNITED STATES of America, Plaintiff–Appellee,

v.

JUVENILE MALE, Defendant–Appellant.

No. 07–50107.

United States Court of Appeals, Ninth Circuit.

Jan. 13, 2009.

Christopher Paul Tenorio, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, David P. Curnow, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kristin Joseph Kraus, Esquire, Trial, Leila Wylie Morgan, Esquire, Trial, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: MARSHA S. BERZON and SANDRA S. IKUTA, Circuit Judges, and JAMES K. SINGLETON,* Senior District Judge.

### ORDER

The Appellee's petition for rehearing is DENIED. The Appellant's petition for rehearing is GRANTED. The panel's opinion, published at 528 F.3d 1146, is VACATED.

---

* The Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation.